UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOE A. ARMES, II, and JOANIE A. ARMES, | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:09-CV-491 |
| TENNESSEE VALLEY AUTHORITY, | ) |
| Defendant. | ) |

### ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that this case is sufficiently related to the previously filed cases of Mays v. Tennessee Valley Authority, 3:09-CV-06; Blanchard, et al. v. Tennessee Valley Authority, 3:09-CV-09; Giltnane, et al. v. Tennessee Valley Authority, 3:09-CV-14; Raymond, et al. v. Tennessee Valley Authority, 3:09-CV-48; Auchard, et al. v. Tennessee Valley Authority, 3:09-CV-54; Schofield, et al. v. Tennessee Valley Authority, 3:09-CV-64; Long, et al. v. Tennessee Valley Authority, 3:09-CV-114; and Dickson, et al., v. Tennessee Valley Authority, 3:09-CV364, that this case also should be assigned to District Judge Thomas A. Varlan and Magistrate Judge H. Bruce Guyton.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge